# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 — REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. Von Loh

AT: FILED DEC 2 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Daniel Van Loh

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS:
Magistrate:
District Court: 03 CR 1092
Court of Appeals:

CHARGE/OFFENSE: Interstate travel for J-q — ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $___
IF NO, give month and year of last employment: 11/03
How much did you earn per month: $1300/month (?)
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $___ SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $1000 ?

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT — VALUE $1000 DESCRIPTION: '94 Grand Prix

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Daniel Robinson, Son (child support payments)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME | | $ | $ |
| | Child support | $6000 | $150 (?) |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed] — 12/2/03

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.