UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE CASTILLO

**03CR1092**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 03 CR 1092 |
| | ) | Violations: Title 18, United States Code, |
| v. | ) | Sections 2422(b) and 2423(b). |
| | ) | |
| DANIEL E. VON LOH | ) | |

MAGISTRATE JUDGE MASON

DEC 18 2003

## COUNT ONE

The SPECIAL NOVEMBER 2002 GRAND JURY charges:

Beginning on or about October 26, 2003, and continuing until on or about October 28, 2003,

in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL E. VON LOH,

defendant herein, using a facility and means of interstate commerce, including interstate wire

communications and an internet communication-services account, did knowingly persuade, induce,

and entice "Person A," an individual who had not attained the age of 18 years, to engage in sexual

activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

# FILED

DEC 1 8 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10

## COUNT TWO

The SPECIAL NOVEMBER 2002 GRAND JURY further charges:

On or about November 13, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL E. VON LOH,

defendant herein, using a facility and means of interstate commerce, including interstate wire communications and an internet communication-services account, did knowingly persuade, induce, and entice "Person A," an individual who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

The SPECIAL NOVEMBER 2002 GRAND JURY further charges:

On or about November 14, 2003, at Schaumburg, in the Northern District of Illinois,

Eastern Division, and elsewhere,

### DANIEL E. VON LOH,

defendant herein, traveled in interstate commerce from Madison, Wisconsin to the Northern

District of Illinois, namely, Schaumburg, Illinois, with the intent and for the purpose of engaging

in illicit sexual conduct, as defined by 18 U.S.C. § 2423(f), with "Person A," a 14 year old

female at least four years younger than the defendant, which conduct would be in violation of

Chapter 109A of Title 18, United States Code, if the conduct occurred within the special

jurisdiction of the United States;

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATION

THE SPECIAL NOVEMBER 2002 GRAND JURY further charges:

1. The allegations contained in Counts One and Two of this indictment are realleged and incorporated by reference as if fully restated here for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2422(b) and 2423(b),

### DANIEL E. VON LOH,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items: seized personal computer and associated peripherals and seized floppy and compact discs.

4. To the extent that the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred to, sold to, or deposited with a third person;
>
> (c) has been placed beyond the jurisdiction of the court;
>
> (d) has been substantially diminished in value, or
>
> (e) has been commingled with other property that cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 18, United States Code, Section 2253(o).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

03 CR 1092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

DANIEL E. VON LOH

# I N D I C T M E N T

In Violations of: Title 18, United States Code,
Sections 2422(b) and 2423(b)

A true bill,

_____
Foreman

Filed in open court this _____16th_____ day

of _____December_____, A.D. 17 2003

MICHAEL W. DOBBINS
_____
Clerk

Bail, $ _____
Deputy Clerk