FILED

DEC 1 8 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CAT II FELONY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE CASTILLO
**03CR1092**
MAGISTRATE JUDGE MASON

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES **X**   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   United States v. Daniel E. Von Loh, 03 CR 1092 - Magistrate Judge Michael T. Mason

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?     NO **X**   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO **X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?     NO **X**   YES ☐

6) What level of offense is this indictment or information?     FELONY **X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?     NO **X**   YES ☐

8) Does this indictment or information include a conspiracy count?     NO **X**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .... (III) |
   | ☐ Criminal Antitrust ....... (II) | ☐ Postal Fraud ......... (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery .......... (II) | ☐ Other Fraud ......... (III) | ☐ Immigration Laws ............. (IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ......... (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
   | ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ............. (IV) |
   | ☐ Assault ............... (III) | ☐ Forgery ......... (III) | ☐ Motor Carrier Act ............. (IV) |
   | ☐ Burglary .............. (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act .......... (IV) |
   | ☐ Larceny and Theft ....... (IV) | **x** Sex Offenses ......... (II) | ☐ Obscene Mail ............... (III) |
   | ☐ Postal Embezzlement ..... (IV) | ☐ DAPCA Marijuana ......... (III) | ☐ Other Federal Statutes .......... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    18 U.S.C. §§ 2422(b) and 2423(b)

    *[signature]*
    CHRISTOPHER P. HOTALING
    Assistant United States Attorney

(Revised 12/99)